**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| **BRITTANY CHRISTIN PALMER, as** | |
| **Executrix of the Estate of Carol Palmer** | **PLAINTIFF** |
| | |
| **v.**         **CASE NO. 3:07-CV-00046 GTE** | |
| | |
| **CRITTENDEN COUNTY, ARKANSAS;** | |
| **MELTON HOLT, County Judge, individually** | |
| **and in his official capacity; OFFICER EARNESTINE** | |
| **HUFF, individually and in her official capacity;** | |
| **OFFICER SHANTEL NORTHINGTON, individually** | |
| **and in her official capacity; OFFICER STEPHANIE** | |
| **FELIX-BROWN, individually and in her official capacity;** | |
| **SGT. SHARON BEASLEY, individually and in her official** | |
| **capacity; SGT. FELICIA ROBINSON, individually and in** | |
| **her official capacity; SHERIFF DICK BUSBY, individually** | |
| **and in his official capacity; MICKIE THORNTON, in his** | |
| **official capacity; John Does 1-5 and Jane Does 1-5,** | |
| **individually and in their official capacities** | **DEFENDANT** |

**ORDER**

Presently before the Court is Plaintiff's Motion for Revivor and Motion for Substitution of Parties. The motion states that Plaintiff died on December 5, 2007, and Brittany Christin Palmer was appointed as Executrix of the Estate of Carol Palmer. The motion asserts that Ms. Palmer's cause of action survives her death and may be continued and pursued by her executrix, pursuant to Arkansas Code Annotated § 16-62-101(a)(1) and that this cause of action may be revived in the name of a special administrator, pursuant to Arkansas Code Annotated § 16-62-106(a). Defendant has no objection to the motion. Therefore, the motion is granted.

Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Revivor and Motion for Substitution of Parties (Docket No. 19) be, and it is hereby, GRANTED. The parties are directed to use the style above henceforth.

IT IS SO ORDERED this 17th day of June, 2008.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE